Electronically Filed
 Supreme Court
 SCWC-XX-XXXXXXX
 SCWC-XX-XXXXXXX 22-MAY-2019
 09:44 AM
 IN THE SUPREME COURT OF THE STATE OF HAWAII

 DUTCHIE KAPU SAFFERY and MIKE YELLEN,
 Petitioners/Plaintiffs-Appellants,

 vs.

 UNIVERSITY OF HAWAII, DEPARTMENT OF LAND AND NATURAL RESOURCES,
 STATE OF HAWAII, BOARD OF REGENTS, OFFICE OF MAUNA KEA
 MANAGEMENT, DEPARTMENT OF HAWAIIAN HOME LANDS,
 PRESIDENT BARACK OBAMA/Predecessor, UNITED STATES MILITARY,
 GOVERNOR DAVID IGE/Predecessor,
 Respondents/Defendants-Appellees.

 CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
 (CAAP-XX-XXXXXXX; CIV. NO. 15-1-0216)

 ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)
 Petitioners/Plaintiffs-Appellants Dutchie Kapu Saffery
 and Mike Yellen’s Application for Writ of Certiorari, filed on
 April 22, 2019, is hereby rejected.
 DATED: Honolulu, Hawaii, May 22, 2019.
 /s/ Mark E. Recktenwald
 /s/ Paula A. Nakayama
 /s/ Sabrina S. McKenna
 /s/ Richard W. Pollack
 /s/ Michael D. Wilson